UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YULIANA MARIA FLORENTINO PAULINO,<br>Plaintiff,<br>-v-<br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br>Defendant. | 26 Civ. 8805 (JPC)<br>ORDER |

JOHN P. CRONAN, United States District Judge:

Plaintiff initiated this action on October 3, 2026, by filing a Complaint. Dkt. 1. Plaintiff paid the fees to commence this action. The Clerk of Court is respectfully directed to issue a Summons as to Defendant Experian Information Solutions, Inc. Plaintiff should serve the Summons and Complaint upon Defendant within ninety days of the issuance of each summons.[1] If service has not been made by that deadline, the Court may dismiss the Complaint under Rule 4(m) of the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 4(m).

SO ORDERED.

Dated: October 29, 2026
New York, New York

JOHN P. CRONAN
United States District Judge

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within ninety days of the date the complaint is filed, the summons in this case was not issued when Plaintiff filed the complaint because Plaintiff had not paid the fees. The Court therefore extends the time to serve until ninety days after the date the summons is issued.